```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 13389
   JAMES JONES
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3407

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/05/2004 and was confirmed 05/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/14/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
COOK COUNTY TREASURER      SECURED                .00           .00             .00
PCFS MORTGAGE RESOURCES    CURRENT MORTG          .00           .00             .00
PROVIDENT BANK             NOTICE ONLY     NOT FILED            .00             .00
PCFS MORTGAGE RESOURCES    MORTGAGE ARRE   5533.16              .00         5533.16
PEOPLES GAS LIGHT & COKE   UNSECURED             .00            .00             .00
GREENBERG & ASSOC          DEBTOR ATTY     2,494.00                         2,494.00
TOM VAUGHN                 TRUSTEE                                            437.84
DEBTOR REFUND              REFUND                                                 .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                8,465.00

PRIORITY                                              .00
SECURED                                          5,533.16
UNSECURED                                             .00
ADMINISTRATIVE                                   2,494.00
TRUSTEE COMPENSATION                               437.84
DEBTOR REFUND                                         .00
                      ---------------       ---------------
TOTALS                 8,465.00                  8,465.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 13389 JAMES JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/03/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                                              PAGE   2
CASE NO. 04 B 13389 JAMES JONES